UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number: 06-438M |
| | : | Violations: |
| v. | : | 18 U.S.C. § 1018 |
| | : | (Making a False Writing) |
| | : | |
| | : | 18 U.S.C. §§ 208, 216(a)(1); |
| LESTER M. CRAWFORD | : | 5 C.F.R. § 2640.202(c) |
| Defendant | : | (Conflict of Interest) |

**FILED**
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF GUILTY PLEA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this Memorandum in Support of Guilty Plea, which contains the elements of the offenses to which the defendant will be pleading guilty.

The defendant will be pleading guilty to one count of Making a False Writing, in violation of 18 U.S.C. § 1018, and one count of Conflict of Interest, in violation of 18 U.S.C. §§ 208, 216(a)(1) and 5 C.F.R. § 2640.202(c).

The elements of Making a False Writing are:

1. The defendant was a public officer or other person authorized by any law of the United States to make or give a certificate or other writing.

2. The defendant knowingly delivered as true such certificate or writing containing a statement which he knew to be false.[1]

The elements of Conflict of Interest are:

1. The defendant was an officer or employee of the executive branch of the United

---

[1] 18 U.S.C. § 1018.

States government.

2. The defendant, in his capacity as an employee or officer of the United States government, participated personally and substantially in a matter in which he knew that he and/or his spouse had a financial interest.[2]

3. At the time that the defendant participated personally and substantially in a matter in which he had a financial interest because of his and/or his wife's ownership of stock in a corporation, the market value of his and/or his wife's stock, in the aggregate, exceeded $25,000.[3]

                        Respectfully submitted,

                        JEFFREY A. TAYLOR
                        UNITED STATES ATTORNEY

                        _____
                        HOWARD R. SKLAMBERG
                        TIMOTHY G. LYNCH
                        Assistant United States Attorneys
                        555 Fourth Street, N.W.
                        Washington, DC 20530

Certificate of Service

I hereby certify that, on October 17, 2006, I caused this memorandum to be served upon Barbara Van Gelder, Esq. and Amy F. Dunathan, Esq. by hand.

                        _____
                        HOWARD R. SKLAMBERG
                        Assistant United States Attorney

---

[2] 18 U.S.C. § 208(a).

[3] 5 C.F.R. § 2640.202(c)(1)(i).