NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

FILED
OCT 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                 Criminal Number  06-MJ-00438

_Lester M. Crawford_
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_B. Van Gelder_
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

_Barbara Van Gelder_    #265603
(Attorney & Bar ID Number)

_WRF, LLP_
(Firm Name)

_1776 K. St. NW._
(Street Address)

_Wash.     DC.      20006_
(City)        (State)         (Zip)

_202.719.7032_
(Telephone Number)