UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Crim. Action No.: 06-mj-438 |
| | : | |
| LESTER M. CRAWFORD, | : | |
| | : | |
| Defendant. | : | |

### UNOPPOSED MOTION TO EXTEND SENTENCING DATE

Defendant Lester M. Crawford respectfully submits this unopposed motion to extend the sentencing date by one day to resolve a scheduling conflict.

On October 17, 2006, the defendant pled guilty to a two-count information charging misdemeanor violations of 18 U.S.C. § 1018 and 18 U.S.C. §§ 208, 216. At the plea hearing, the court set a sentencing date of January 22, 2007. Since the hearing, defense counsel has become aware of a conflict in schedule that will make it difficult for her to appear on January 22. Accordingly, the defendant respectfully requests a one-day extension of the sentencing date to Tuesday, January 23, 2007 at 11:00 a.m.

The defendant has consulted with the government, which indicates that it has no objection to this request.

Respectfully submitted,

/s/ Barbara Van Gelder
Barbara A. Van Gelder
D.C. Bar No. 265603
WILEY, REIN & FIELDING LLP
1776 K Street NW
Washington, D.C. 20006
Phone: (202) 719-7032
Facsimile: (202) 719-7049
bvangelder@wrf.com

ATTORNEY FOR DR. LESTER M. CRAWFORD

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion to Extend Sentencing Date was served by first-class mail on December 22, 2006 to:

> Howard R. Sklamberg, Esquire
> Timothy G. Lynch, Esquire
> Assistant U.S. Attorneys
> Fraud & Public Corruption Section
> 555 Fourth Street, NW
> Washington, D.C. 20001

> /s/ Barbara Van Gelder
> Barbara A. Van Gelder
> D.C. Bar No. 265603
> WILEY, REIN & FIELDING LLP
> 1776 K Street NW
> Washington, D.C. 20006
> Phone: (202) 719-7032
> Facsimile: (202) 719-7049
> bvangelder@wrf.com
>
> ATTORNEY FOR DR. LESTER M. CRAWFORD

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Crim. Action No.:   06-mj-438 |
| | : | |
| LESTER M. CRAWFORD, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Extend Sentencing Date, it is this _____ day of _____, 200\_\_, hereby

**ORDERED** that the motion be granted.  The new sentencing date and time is Tuesday, January 23, 2007 at 11:00 a.m.


Date: _____               _____
                                                                    DEBORAH A. ROBINSON
                                                                    United States Magistrate Judge