## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Crim. Action No.:   06-mj-438 (DAR) |
| | : | |
| LESTER M. CRAWFORD, | : | |
| | : | |
| Defendant. | : | |

## MEMORANDUM IN AID OF SENTENCING FOR DR. LESTER M. CRAWFORD

Lester M. Crawford, through undersigned counsel, respectfully submits this Sentencing Memorandum for the Court's consideration in aid of sentencing.  On October 17, 2006, Dr. Crawford appeared before the Court to plead guilty to two misdemeanor violations of 18 U.S.C. § 1018 (Making a False Writing) and 18 U.S.C. §§ 208, 216(a)(1) and 5 C.F.R. § 2640.202(c) (Conflict of Interest).  With respect to these violations, Dr. Crawford, the Government, and the U.S. Probation Office all agree that under the U.S. Sentencing Guidelines ("Guidelines"), the appropriate base offense level is six.  All parties also agree that Dr. Crawford's early acceptance of responsibility for his actions merits a two-level decrease, resulting in a total offense level of four and an applicable Guidelines range of 0-6 months.  Finally, all parties agree that the Government's recommended $50,000 fine is reasonable and appropriate in this matter.[1]

As Dr. Crawford acknowledged in his plea colloquy, however, it is the Court and not the parties that will determine his sentence.  In determining a just and reasonable sentence, the Court must consider the nature and circumstances of the offense and the history and characteristics of the defendant, as well as the other factors set forth in the Sentencing Reform Act.  18 U.S.C. §

---

[1] The recommended fine exceeds the dividends received from the stock in the significantly regulated organizations, and, as noted in the presentence investigation report, is well above the high end of the Guidelines range.  PSR ¶¶ 78, 95.

3553(a).  For the reasons set forth below, we believe that the facts of this case and Dr. Crawford's personal history and character merit a sentence of a minimal period of unsupervised probation, a $50,000 fine and a mandatory special assessment of $25 per misdemeanor.  We believe that such a sentence would justly serve the goals of the Guidelines as well as the traditional sentencing factors of the Sentencing Reform Act.

**I.      Background**

**A.      Dr. Crawford's History and Characteristics**

Dr. Lester Crawford was born into a dairy farming family in the small town of Demopolis, Alabama in 1938.  Raised on the farm, Dr. Crawford developed an abiding interest in veterinary health and science.  After becoming the first in his family to graduate from high school, Dr. Crawford also became the first to graduate from college, holding down three part-time jobs to earn a degree in veterinary medicine from Auburn University in 1963.  He went on to obtain a Ph.D. in pharmacology from the University of Georgia in Athens, Georgia in 1969.

Dr. Crawford spent the next 37 years working for the public good, both in academia and government service.  He began his academic career as a faculty member at the University of Georgia, eventually rising to associate dean of the College of Veterinary Medicine and the chair of the Department of Physiology-Pharmacology.  Later in his career, he served as the executive director of the Association of American Veterinary Medical Colleges, an organization representing veterinary medical colleges and organizations, the animal and human health industry, and educational and scientific organizations.

In the late 1980s, Dr. Crawford was asked to serve as administrator of the Food Safety and Inspection Service, the public health agency within the Department of Agriculture ("USDA") responsible for the safety of meat, poultry, and egg products in the United States.  In

that role, he also was the U.S. coordinator of the Codex Alimentarius Commission, an international body created by the Food and Agriculture Organization of the United Nations ("FAO") and the World Health Organization ("WHO") to develop food standards and guidelines to ensure food safety around the world. Subsequently, Dr. Crawford became the director of the Center for Food and Nutrition Policy, an independent research and education center recognized by the FAO as a "center of excellence."

The highlight of Dr. Crawford's career, however, has been with the Food and Drug Administration ("FDA"), an agency in whose mission he believes deeply and for whose workforce he holds the deepest regard. Dr. Crawford began his FDA service in the 1970s, holding several positions at the Bureau for Veterinary Medicine, as it then was known. He returned for a second term of service in the 1980s as director of the renamed Center for Veterinary Medicine. More recently, he served as the agency's Deputy Commissioner, Acting Commissioner, and, ultimately, Commissioner – the first veterinarian to hold that position.

As his family's letters convey to the court, Dr. Crawford was honored to be able to put his abilities, education, and experience to use on behalf of the FDA.[2] Colleagues and friends who have known Dr. Crawford over the years testify to his devotion to and enthusiasm for the FDA's mission of protecting the public health, including food safety. Dr. Crawford's counterpart in the United Kingdom describes him "an outstanding administrator and regulator who worked tirelessly to further the public health in the US."[3] As one friend put it, "Les is one of a handful of world experts in food and pharmacological safety [who] chose this as his career theme, as he once told me, because, in his reading of the world, a lot of people suffer from

---

[2] Letters from Cathy Crawford, Leigh Crawford Palmer, Mary Stuart Crawford Morris, Ex. 1 at 1-3.

[3] Letter from Sir Alasdair Breckenridge, Ex. 1 at 4.

unsafe nutritional conditions, and he felt that alleviating those conditions would be a calling that he could be proud of."[4]   Toward that end, Dr. Crawford led or played a major role in efforts to develop mandatory nutrition labeling, control food contaminants, ensure prescription drug safety, combat the obesity problem, and prevent counterterrorist threats to the nation's food chain.  In recognition of these and other contributions to the public good, Dr. Crawford received numerous accolades, including the British Veterinary Association's prestigious Wooldridge Award, and selection for membership in the National Academy of Sciences Institute of Medicine and the International Academy of Food Science and Technology.

Dr. Crawford's commitment to the public health is matched by his commitment to his family, friends, and faith.  Dr. Crawford has been married to his wife Cathy for more than 43 years.  He and Cathy have raised two daughters, Leigh and Mary, both of whom are married with two children of their own.  The family is extremely close, and as the letters from Cathy, Leigh, and Mary indicate, they consider Lester a wonderful and loving husband, father, and grandfather.[5]  They are proud of his efforts to help others and to make a difference.  The family's closeness has been its strength, and has helped sustain them through the intense media attention of the past year.

Dr. Crawford and his wife also are active and regular members of their church, where they often serve in leadership roles.  True to his roots, Dr. Crawford also is a loyal friend.  Even after attaining the highest position in his field, he never forgot his friends, many of whom date back to the Crawfords' student days at Auburn University.  Echoing the sentiments of the Crawford family, those friends attest to Dr. Crawford's passion for and dedication to his work

---

[4] Letter from Dr. Richard L. Wagner, Jr., Ex. 1 at 5-6.

[5] Ex. 1 at 1-3.

and his pride in his service to the nation.[6]  They also speak warmly of Dr. Crawford's good

humor, loyalty, character, and integrity, and his willingness to drop everything to help his friends

through times of tragedy.

      **B.**     **The Nature and Circumstances of the Offenses**

On October 17, Dr. Crawford stood before this court and accepted responsibility for the

conduct underlying the offenses set forth in the Information.  In accepting full responsibility for

these offenses, Dr. Crawford publicly recognized the seriousness and importance of accurate and

timely disclosure of public officials' finances.  Neither Dr. Crawford's acceptance of

responsibility nor the Information, however, provide the Court with the full context in which Dr.

Crawford's actions took place.  Since that context may prove helpful to the Court in its

consideration of an just and appropriate sentence, we offer the following additional information

about the circumstances surrounding Dr. Crawford's financial disclosure documents.

      **1.**     **The Public Financial Disclosure System**

As outlined in the Information, senior government officials must file public financial

disclosure reports, known as Standard Form 278s ("SF 278s"), with their agency ethics officer.  5

C.F.R. §§ 2634.201.  There are three types of SF 278s: new entrant or nominee, incumbent, or

termination.  Id.  The contents of a SF 278, and the reporting period it covers, vary according to

the type of report filed.  Id. §§ 2634.301-08.  No matter what type of report, however, the assets

and income of the official's spouse must be reported on the SF 278s.  Id. § 2634.309.

After receiving an SF 278, the agency ethics officer performs an initial review to ensure

that it is complete and contains no ethics violations.  Id. § 2634.605(b)(1).  If so, the ethics

officer certifies the SF 278 by signing and dating it.  Id. § 2634.605(b)(2).  If not, the ethics

_____

[6] Letters from Dr. Wagner, Emory Thomas, Owen Brown, Max Richburg, Harry Winsheimer, David Cameron, Michael and Linda Shortal, and Robert Andringa.  Ex. 1 at 5-13.

officer may ask the official for additional information.  Id. § 2634.605(b)(2), (3).  The ethics

officer must notify the official if the additional information reveals potential violations, and

provide him or her with an opportunity to take remedial action.  Id. § 2634.605(b)(4), (5).

Where the filer is a nominee subject to Senate confirmation, additional and expedited

procedures apply.  Id. § 2634.605(c).  The nominee must file his or her nominee SF 278 within

five days of nomination.  Id. § 2634.201(c).  The ethics officer must review and certify the report

and forward it to the Office of Government Ethics, which ultimately forwards the report to the

appropriate Senate committee.  Id. § 2634.605(c)(2), (3).

### 2.  Dr. Crawford's Financial Disclosure Documents

While the worthy purpose of the public financial disclosure system is easy to understand,

the rules and procedures implementing that system have not been.  Indeed, it is not uncommon

for public officials to experience difficulties in complying with SF 278 disclosure requirements.[7]

Dr. Crawford was no exception.  He completed his SF 278s in good faith, but in doing so made

certain key mistakes that – while not undertaken for personal financial advantage – nonetheless

led to the conduct underlying this matter.

Although the ultimate responsibility for the accuracy of his filings was his, Dr. Crawford

often delegated to others – among them his financial advisor, his wife, and his secretary – tasks

such as the handling of financial matters, the compilation of information, and the review and

finalizing of the details of his SF 278.  He also relied on those advisors to speak directly to the

---

[7] E.g., 2005 Conflict of Interest Prosecution Survey, Office of Government Ethics (Jul. 26, 2006); see also Top Senate Democrat Wrongly Reported $1.1 Million Land Sale, Associated Press (Oct. 12, 2006); Sen. Allen Failed to Disclose Stock Options, Associated Press (Oct. 9, 2006); Rep. Mollohan Admits Errors in Disclosure, Wash. Post (June 14, 2006); Ethics Lapses by Federal Judges Persist, Review Finds, Wash. Post (Apr. 18, 2006).  In 2003, the Office of Government Ethics proposed legislation "to streamline and simplify the public financial disclosure requirements applicable to senior officials of all three branches of the Federal Government," but the legislation was not enacted.  Letter from Amy L. Comstock, Office of Government Ethics, to Hon. Dennis J. Hastert, Speaker of the House of Representatives (July 16, 2003).

various ethics officers regarding any questions that arose with his forms. As a result, his first SF 278 contained errors, many of which went undetected by the ethics officers and thus ended up being carried forward to subsequent SF 278s. The domino effect of these errors made it increasingly difficult to complete each succeeding report.

For example, when an ethics officer directed Dr. Crawford to sell the significantly regulated stocks listed in his first SF 278, Dr. Crawford communicated that information to his financial advisor and his wife. Although they diligently and promptly sold the pharmaceutical and medical products stocks, they did not sell those stocks – such as Kimberly-Clark, Pepsico, and Sysco[8] – that on their face did not seem to be FDA-related.[9] The financial advisor, who had independent authority to engage in stock transactions without consulting the Crawfords, then continued to trade occasionally in these stocks.[10] This error was carried forward and caused confusion when Dr. Crawford appropriately disclosed these stocks as assets on some of his subsequent SF 278s.[11]

Compounding the problem was the continuity and timing of the agency ethics review. During Dr. Crawford's four-year tenure at FDA, the ethics officer assigned to review his SF 278s changed at least four times. This lack of continuity and the lag time between communications

---

[8] Relying on their actions, Dr. Crawford later communicated his belief (now known to be mistaken) to the ethics officer that two of these stocks – Sysco and Kimberly-Clark – had in fact been sold.

[9] Along similar lines, Dr. Crawford did not divest his Embrex stock options, believing that Embrex – an agricultural biotechnology company specializing in poultry vaccines – was regulated by USDA rather than FDA. This belief later proved to be correct: on August 25, 2006, the FDA removed Embrex from its "Yellow Book" list of significantly regulated organizations.

[10] The Crawfords received a notice after each transaction, but they did not discuss transactions in advance with their financial advisor. Other public officials have found themselves in similar situations. E.g., Snow Red-Faced Over $11M Investment Mistake, USA Today (May 27, 2004).

[11] Dr. Crawford's disclosure of these stocks was not always consistent from SF 278 to SF 278, reflecting not only the impact of the compounded errors, but also his continued good faith efforts to disclose: a filer bent on hiding assets would have consistently omitted all significantly regulated stock holdings.

seems to have resulted in a failure to catch certain key errors before they were compounded in the next filing.  For example, in completing his first SF 278, Dr. Crawford listed the Crawfords' assets as held as of the date of filing, rather than as held from the start of the previous calendar year through the date of filing – a common error among filers.  Since his mistake was never corrected, Dr. Crawford repeated this reporting period error on each of his subsequent SF 278s without realizing his mistake.  Another error that went unnoticed was the treatment of spousal assets.  After properly reporting both his and his wife's assets on his first SF 278, Dr. Crawford inadvertently omitted his wife's assets from his later SF 278s.  This error – which would have been obvious from a comparison of his first and subsequent reports – resulted in the wholesale disappearance of thousands of dollars of assets without explanation.[12]

Other factors played a role as well.  Perhaps the most significant of these was the extraordinary intensity of business at the FDA, particularly during the first few months of 2005.  On February 15, 2005, the president nominated Dr. Crawford, then serving as Acting Commissioner, to be Commissioner.  At the time, however, the FDA was grappling with the drug safety crises associated with non-steroidal anti-inflammatory drugs ("NSAIDs"), including Celebrex and Bextra, that was triggered by the voluntary withdrawal of popular drug Vioxx in the fall of 2004.[13]  These crises consumed the attention of the agency's senior management,

---

[12] Schedule A of an SF 278 requires the filer to list all investment assets held by the filer or the filer's spouse that have a value exceeding $1,000 at the end of the reporting period or which generated more than $200 in income during the reporting period.  Schedule B of the SF 278 requires the filer to list all transactions in stocks and other securities in an amount exceeding $1,000 that were undertaken by the filer or the filer's spouse during the reporting period.  Had Dr. Crawford's wife actually sold all of her assets, they should have appeared on Schedule A (with an asset value of zero) along with any income exceeding $200 earned from the sales.  Moreover, the transactions for the sales should have appeared on Schedule B.

[13] One day after Dr. Crawford was nominated, the FDA's Arthritis Drug Advisory Committee and Drug Safety and Risk Management Advisory Committee began a two-day joint meeting to discuss the safety of NSAIDs.  The FDA's final decision on the continued sale of the drugs was announced on April 7, two weeks after Dr. Crawford's confirmation hearing.

including Dr. Crawford, who found himself "so busy putting out fires on drug safety that other unfinished business . . . piled up."[14]  In the midst of these fires, Dr. Crawford had five business days to complete his nominee SF 278.  Not surprisingly, that SF 278 continued errors from previous SF 278s regarding the Crawfords' significantly regulated stock holdings, including Embrex.  Two days later, Dr. Crawford submitted his Senate Committee nominee statement, which failed to list his stock dividends and Embrex options.[15]

Between Dr. Crawford's nomination and his Senate confirmation, another firestorm arose, this time triggered by an anonymous accusation of impropriety.  After conducting a two-month investigation, the Inspector General of the Department of Health and Human Services ("HHS") found the charges in the anonymous letter to be baseless.  The Senate Committee subsequently approved Dr. Crawford's nomination.  Within days of this chain of events, Dr. Crawford filed his incumbent SF 278, which again contained many of the errors from previous SF 278s.

### 3.    Dr. Crawford's Participation in the Obesity Working Group

Dr. Crawford understands and fully acknowledges that his stock ownership of Sysco and Pepsico stock during his participation in the Obesity Working Group ("OWG") created a conflict of interest.  However, as the Information notes, there is no evidence that the OWG's conclusions were altered because of this ownership.  In fact, Dr. Crawford, who believed passionately in the OWG's work, repeatedly and publicly singled out soda bottles and snack packages as prime

---

[14] <u>FDA Piles Initiatives on the Back Burner; Pressing Drug Safety Problems Divert the Agency's Attention from Longer-Term Issues Awaiting Action</u>, Boston Globe (Mar. 10, 2005) (quoting a former FDA associate chief counsel as saying "[w]henever you have a series of crises, as [the FDA has] had this year in the drug safety area, they tend to overwhelm and attract the attention of all the senior management").

[15] Despite the obvious inconsistency between Dr. Crawford's nominee SF 278 and his nominee statement, no questions were raised on the subject at his confirmation hearing.  S. Hrg. 109-99 (Mar. 17, 2005).

candidates for serving size labeling reforms – a step that did not win him friends in the soft drink and snack industries of which Sysco and Pepsico are members.[16]

### C.    Dr. Crawford's Remorse, Mitigation, Cooperation, and Continued Public Service

No matter what the context or circumstances, however, Dr. Crawford is clear that the responsibility for accurate public financial disclosure and avoidance of conflicts of interest lies with him, and him alone. He has and will continue to accept full responsibility for the conduct underlying the instant offenses. After a lifetime spent working for the public good, his belief that public service is a public trust remains strong, and he deeply regrets his actions. While the stain on his reputation has been severe, his remorse is for the impact that his actions have had on his family, his friends and colleagues, and his beloved agency. That remorse is palpable, and evident to all who know him. It is his fervent hope that his actions will not be construed to affect the integrity of the FDA, the agency to whose mission he has been devoted.

When Dr. Crawford realized the extent of the errors and omissions in his SF 278s, he took immediate steps to mitigate his actions. With the assistance of counsel, he and his wife committed time, effort, and their own financial resources to preparing a complete and accurate termination SF 278, as well as amended versions of all five of his previously filed SF 278s. Upon learning of the investigation by the HHS Inspector General, he extended his full cooperation. Through counsel, he also reached out at an early stage to the Office of the U.S. Attorney to offer his cooperation and indicate that he would accept responsibility for the errors

---

[16] E.g., Fat Fight May Bring Change in Food Label; U.S. Wants Nation to Lose Weight, Chicago Tribune (Mar. 13, 2004) (citing Dr. Crawford's vow to increase enforcement to ensure accurate serving sizes); HHS's Role in Combating the Nation's Obesity Epidemic: Hearing before the House Committee on Government Reform, 108th Cong. (2004) (statement of Lester M. Crawford) (stressing the importance of relabeling serving sizes for sodas); Lester Crawford, Acting Commissioner of the FDA, Speech before IFT 2004 Chief Food Officials (July 13, 2004) (discussing FDA efforts to change labeling for single serving food items such as snack packages and soda bottles).

and omissions in his reports.  Importantly, throughout this process he has not sought to deny his actions, but instead has sought only to make them right.

Dr. Crawford now has retired from public life, and will never again be in a position to repeat his offense conduct.  Yet he has not retired from public service.  Despite the considerable pressures of the past year, he remains committed to improving public health by assisting the United States and other governments around the world with their public health initiatives.  Since his retirement from the FDA, he has advised members of Congress on biotechnology issues and legislation.  On behalf of the Department of State, he has traveled to India and elsewhere to represent the United States' position on biotechnology at nearly two dozen seminars, and he has agreed to participate in another seminar to be held in Vietnam this year.[17]  At the behest of USDA, he is taking part in a Serbia/Montenegro project to assist them in fighting food-bourne disease and death through the redesign of their food safety and inspection system.  He is expected to participate in a similar food safety project now being developed for Nigeria by the FAO and other international sponsors.  He also serves on the expert advisory panel on food safety for the WHO, and as a food safety expert consultant for the Pan American Health Organization.  And he continues his commitment to the FDA through the FDA Alliance, a coalition of former Commissioners, consumer and patient groups, and others that acts as a public voice for greater FDA resources.[18]

---

[17] Dr. Crawford realizes that his trip is dependent on permission from the Court.  Because he frequently travels outside of the country on behalf of the Government, we are respectfully requesting that should the Court sentence Dr. Crawford to a period of probation, it be a period of *unsupervised* probation.

[18] Dr. Crawford also has been willing to assist the Government in various ongoing actions against the FDA.  E.g., Tummino v. von Eschenbach, Civ. Action No. 05-CV-00366-ERK-VVP (E.D.N.Y.); Steeves v. Crawford, Civ. Action No. 3:05-cv-00043-nkm-bwc (W.D. Va.).

**II.    Conclusion**

The Sentencing Reform Act sets forth key goals for sentencing judges to consider when imposing sentence.  These goals include (1) promoting respect for the law, (2) providing just punishment for the offense given the circumstances, (3) affording an adequate deterrent to criminal conduct, and (4) protecting the public from further crimes.  18 U.S.C. § 3553(a)(2).  Dr. Crawford's early acceptance of responsibility for his actions, his cooperation and mitigation, and his plea provide compelling evidence of his respect for the law.  Moreover, his circumstances also stand as a strong deterrent to other public officials subject to financial disclosure requirements.  Finally, all parties can agree that there is no risk to the public of re-offense, as Dr. Crawford has retired from government.

The stigma of a criminal conviction coupled with the global media coverage of this matter will follow Dr. Crawford for the rest of his life.  Accordingly, we respectfully suggest that a minimal period of unsupervised probation accompanied by a $50,000 fine and a $50 special assessment would be a just and reasonable sentence that is in keeping with the Guidelines and the goals of the Sentencing Reform Act.

Respectfully submitted,

WILEY REIN & FIELDING LLP

By: /s/ Barbara Van Gelder                    .

Barbara Van Gelder (D.C. Bar #265603)
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006
TEL: 202.719.7502
FAX: 202.719.7049

Dated: January 16, 2006                    *Attorney for Dr. Lester M. Crawford*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was served by electronic mail on January 16,

2006 on:

        Howard R. Sklamberg, Esquire
        Timothy G. Lynch, Esquire
        Assistant U.S. Attorneys
        Fraud & Public Corruption Section
        555 Fourth Street, NW
        Washington, D.C. 20001

        /s/ Barbara Van Gelder                              .
        Barbara A. Van Gelder
        D.C. Bar No. 265603
        WILEY, REIN & FIELDING LLP
        1776 K Street NW
        Washington, D.C. 20006
        Phone:  (202) 719-7032
        Facsimile:  (202) 719-7049
        bvangelder@wrf.com

        ATTORNEY FOR DR. LESTER M. CRAWFORD

December 22, 2006

The Honorable Deborah A. Robinson
Magistrate Judge
US District Court for the District of Columbia
Washington, DC  20001

Dear Judge Robinson,

    As you consider the case of my husband, Dr. Lester M. Crawford, I would like to share a few things with you from my heart.  I have been extremely blessed, for 43 ½ years now, to be the wife of a man who is a wonderful husband, father and grandfather.  Our marriage is strong and fulfilling; Les has been a loving, caring and faithful husband all these years, and has showered love upon our entire family. He has always made family his first priority.

    After working in many different jobs in order to finance undergraduate and Veterinary college, Les began to pursue his dreams and visions.  His passionate desire was always to make a difference in his lifetime by accomplishing difficult goals, and by serving his country in areas where he could contribute best.  A patriot with a deep love of the USA, Les was privileged to serve in many areas of government, and was thrilled when he was asked to serve as Deputy Commissioner and Commissioner of the Food and Drug Association.  He loves FDA and was well prepared to serve in this role through years of education and experience, much of which had been in the FDA formerly. I believe, as do most of his colleagues, that he served well and managed the Agency expertly..

    Les is a Believing Christian, who loves God and strives to live by His Word.  He has served in our churches in many different capacities.  We are currently members of The National Presbyterian Church, and at NPC Les served as Moderator of the Board of Deacons among many other leadership roles.

    My husband is a man of integrity and holds very high moral standards.  To my knowledge, he has never knowingly lied, cheated, profited from any endeavors, or even entered into any areas of gossip in the workplace.  I never imagined that we would find ourselves in this situation that we are facing today.  We both deeply regret that our sloppiness in managing our finances has cast a shadow upon the FDA, our government and ourselves.  This has been the most difficult time of our lives and we are eager to move forward toward brighter days.

    Thank you for taking time to read my letter.

Sincerely,

*Cathy Crawford*

Cathy Crawford

January 4, 2007

Judge Robinson

Dear Judge Robinson,

SUBJECT: LESTER M. CRAWFORD

I am writing you concerning my father, Lester M. Crawford. My goal is not to tell you how innocent I believe he is, but to give you an idea of who he really is. I consider my father a devoted public servant. Throughout his career as a teacher, veterinarian, speaker, F.D.A. Deputy Commissioner, F.D.A. Commissioner and food safety expert he has always chosen the jobs where he felt he could make a difference. These jobs were not necessarily to benefit him, but to help others with his knowledge. They also weren't the highest paying jobs that were available to him. They were simply where he felt most needed. He enjoyed the challenges that came with each one. He continues to be a man who loves his country and respects the principles and morals of which it was founded on.

While Dad's career was very important to him, I never felt it was more important than I was. He consistently put my mother, me, and my sister on the top of his list of priorities. He was always there for me with his unconditional love. When I think of my father and consider his character, his upbringing is in the forefront. His story is a classic story of achieving and living the American Dream. He was raised on a Dairy Farm where he grew up working hard doing what had to be done to run a successful business. Early on, he decided that he was going to do big things with his life. Living on this farm he developed a love and care for animals as well as an interest in human health. He held down three part time jobs to put himself through college. He was the only one in his family to graduate from college. I have never heard him complain about any of his struggles or any of the difficulties he faced along the way. He was determined to get out of his tiny home town in Alabama, but he never forgot where he came from.

My entire life my father has worked to give us the things he never had. He wanted us to have a good education, to love and fear God, and to ultimately be happy in our own families. He has shown me things and taken me places some only dream of. He has always kept his sense of humor throughout the ups and downs of his life. He also taught me that what really matters in life are your faith, family, and friends.

I appreciate the time you have taken to read and consider my letter. I realize that my father is not perfect, but he was always perfect for me.

Sincerely,

Mary Stuart Crawford Morris
Magpie Designs

MSM
cc: adunathan@wrf.com

10029 CARMELITA DRIVE POTOMAC, MARYLAND 20854

DEC 2 6 2006

December 16, 2007

Dear Judge Robinson,

Thank you for taking the time to read this letter about my father, Lester Crawford. I was thrilled with the opportunity to write to you about him. I am, as you might imagine, extremely biased in my opinions of him, but maybe I can shed some light for you as to why I am so biased.

I thank God every day for blessing me with Lester Crawford as a father. I am proud of him, enjoy every minute I spend with him, and feel the deepest kind of love for him. Throughout my life Dad has set a wonderful example for me. I have been blessed with the best kind of childhood and now with a beautiful friendship with my father. He works hard for his family and his country. He can make me laugh one minute and make me cry with a kind word the next.

Going through the last year with Dad has been very difficult. At a time Dad could have retired, he chose to serve his country again. He was honored to be chosen for the job at FDA, and he realized how important his actions there were. I saw him struggle with many decisions because never once did he take his job lightly. He genuinely cares about the American people and the impact his decisions would have on each and every one of them. Indeed Dad made mistakes, but I know that he never intended to hurt FDA or somehow use his position for personal gain. My father always tries his best, and he was there to serve his country. And even through all of this, he is still grateful for the opportunities he has had to do so.

I am sure you have been given many documents about my father's case, but what you may not have been given is a sense of what kind of man he is. He is an honorable, kind, and loving man. He is the definition of a good husband, father and grandfather. As a mother of 2 boys, the most I can hope for is for them to grow up to be just like my dad.

Thank you again for your time, Judge Robinson. I truly appreciate it.
Sincerely,

Leigh Palmer

Leigh Crawford Palmer

---

**From:**   Breckenridge, Alasdair
**Sent:**   12 December 2006 07:54
**To:**   'ADunthan@wrf.com'
**Cc:**   'bvangeld@wrf.com'
**Subject:**   Lester Crawford

To whom it may concern

I am Chairman of the Medicines and Healthcare products Regulatory Agency in the UK. I have known and worked with Dr Lester Crawford over the last five years in his role at FDA.

I have found him a man of high standards who was an outstanding administrator and regulator who worked tirelessly to further the public health in the US.I am pleased to give this character reference on his behalf and I am pleased for it to be used as thought fit.

Sir Alasdair Breckenridge

This email and any files transmitted with it are **confidential**. If you are not the intended recipient, any reading, printing, storage, disclosure, copying or any other action taken in respect of this email is prohibited and may be unlawful.

If you are not the intended recipient, please notify the sender immediately by using the reply function and then permanently delete what you have received.Incoming and outgoing email messages are routinely monitored for compliance with the Department of Healths policy on the use of electronic communications.

For more information on the Department of Healths email policy, click http://www.doh.gov.uk/emaildisclaimer.htm

The original of this email was scanned for viruses by Government Secure Intranet (GSi) virus scanning service supplied exclusively by Cable & Wireless in partnership with MessageLabs.
On leaving the GSI this email was certified virus free.
The MessageLabs Anti Virus Service is the first managed service to achieve the CSIA Claims Tested Mark (CCTM Certificate Number 2006/04/0007), the UK Government quality mark initiative for information security products and services. For more information about this please visit www.cctmark.gov.uk

RICHARD L. WAGNER JR.          DEC 2 6 2006
1003 Congress Lane
McLean, Virginia 22101

December 21ᵗʰ, 2006

The Honorable Judge Deborah A. Robinson
U.S. District Court
Washington, DC

Dear Judge Robinson,

I am writing to commend to you the character and integrity of Dr. Lester Crawford, and to very respectfully urge that you be as lenient with Dr. Crawford as possible.

My wife, Ginny, and I have counted Les and Cathy Crawford among our very closest personal friends for almost twenty-five years. We have taken long vacations with the Crawfords. Together with them, we have been through times of tragedy among our circle of friends. Les and I have had long conversations about our professions, both of which, though different, involve matters of serious moral choice. During that entire time, I have never seen the slightest indication that Les is guided by anything other than the highest motives: devotion to his religious beliefs and to his wife and family, and a deeply felt dedication to his profession, which I believe he views simply as helping people to be healthy.

On three occasions of tragedy among our circle of friends, Les dropped everything he was doing to comfort and advise those involved – he was the leader among us in doing this -- and he made it his highest priority for as long as it was needed, in one case for many months, which put him under some stress due to the demands of his work.

Les is one of a handful of world experts in food and pharmacological safety. Decades ago he chose this as his career theme, as he once told me, because, in his reading of the world, a lot of people suffer from unsafe nutritional conditions, and he felt that alleviating those conditions would be a calling that he could be proud of. (It is only on rare occasions that Les would say something like that. He has, on the surface and in casual conversation, a funny and somewhat offbeat way about him, with a touch of irreverence that is belied, for those who know him well, by a deep seriousness about things that really matter.)

I am a physicist, and have devoted my own career to those areas of science and technology that bear on national security. During the Reagan administrations, I served in the Office of the Secretary of Defense, in the position responsible for the technologies and policies related to (as it would be called today) weapons of mass destruction – our own and others'. I continue to work in this field. Les's work has also involved making

judgments that involve science and technology that could influence the lives of many people, for good or ill. Over the years, Les and I have talked about the need, in both of our jobs, to be rigorously objective about the science while also always bearing in mind the implications for people's lives. As you know, this is often difficult for people in positions with a policy dimension. Although I am not an expert in the science involved in Les's work, I believe that I can tell about scientific objectivity, and Les Crawford holds these two imperatives in his mind and heart as well or better than anyone I have known. In the rough and tumble of a long career, I know of no better evidence of character and integrity.

From what I have said so far, you will not be surprised that I am absolutely convinced that what Les did wrong was done because of lack of attention to detail, rather than from any motive of financial gain. Further, I know from things Les has said that he believes that the *appearance* of conflict of interest can be as damaging to the public trust as actual conflict, and that he believes, accordingly, that his career-long accumulation of service to the public has been actually diminished.

Les and Cathy Crawford have been searingly affected by the matter about which you will be judging. It has been sad, touching, and inspiring to me to see how they have turned to their own love for each other and to their faith for strength. I believe that they have already been punished. I hope that you will be lenient.

Sincerely and with respect,

Richard L. Wagner Jr.

**From:**        emorythomas
**Sent:**        Sunday, December 10, 2006 4:03 PM
**To:**          Dunathan, Amy
**Cc:**           Van Gelder, Biz
**Subject:**     Lester Crawford

I have known Lester Crawford for thirty-nine years. We met when we were both new to the faculty at the University of Georgia and have remained fast friends ever since. Indeed, Lester is among the half-dozen best friends I have in the world. We gather whenever we can, wherever we can. I believe that I know Lester quite well. and I feel qualified to comment upon his character.

Lester Crawford has long been outstanding in a profession which continues to expand. I have observed in awe his succession of successes. I have watched him on network television, for example, explaining why feeding beef cattle antibiotics is such a bad idea. And as Lester became a "media target" I rejoiced that people as talented and dedicated as he serve the public interest.

Lester Crawford embodies integrity, loyalty, and good humor. He defines character. He emables me, a liberal Democrat, to say that one of my best friends is a Republican.

Emory M. Thomas
Regents Professor of History Emeritus
University of Georgia



## Owen Brown Enterprises
L   I   M   I   T   E   D

1 January 2007

Judge Deborah A. Robinson
US District Court
Washington DC

Subject:        Letter of Support for Dr. Lester M. Crawford

I am writing this letter in support of the character and honesty of Dr. Lester M. Crawford.

I attended Auburn University and worked closely with Lester Crawford in Student Government activities from 1961 through 1963. I served under him as the Secretary of the Inter-fraternity Council while he was President and then succeeded him as President upon his graduation in 1963. I was an usher in his wedding to Cathy Walker in the summer of 1963.

I have always known Lester as the epitome of good character, ethical behavior, and complete honesty. Lester and I followed different career paths. He proceeded primarily through the steps of academia and public service, where he was quite successful; I became an officer in the Nuclear Submarine Force and later became President of Sun Microsystems, Inc. as well as several other High Technology companies. However, we maintained contact over the years through mutual friends and classmates as well as occasional phone calls about our mutual interest in Auburn University. During my tenure as President of the Alumni Association, I contacted Lester about his willingness to be nominated to serve as a member of the Board of Trustees for the University, which he immediately and decisively declined based on the conflict of interest issue that might be perceived with award of research grants to Auburn in areas influenced by the FDA. We spoke about his interest once he had retired from the FDA.

I did visit with him for perhaps two hours during November 2005 when I was in Washington, D.C., an opportunity we used to catch up on our families and his plans for their future after his resignation from FDA. I know nothing about the charges against Lester, which you are considering, other than what I read in the newspaper; but what I have read flies directly in the face of my experience and background with him over these many years. I also called him in late 2006 to notify him that many of us who have known him for years and have strongly held views of his quality as a public servant and man of both outstanding intellect and character were thinking about him. We wanted to help in any way we could.

I am writing this letter to assure you that he is a man of strong character and impeccable honesty in all that I have observed for the 45 years during which I have known him.

If I can be of any further help in this matter, please feel free to contact me.

With kind regards,

Lawrence Owen Brown

101 Puesta del Sol ♦ Los Gatos, CA 95032 ♦ Cell: 408-761-5469 ♦ Fax: 408-374-2846 ♦ Email: owen@obent.com

**MAX NORMAN RICHBURG**
8 WEST MONROE AVENUE—1
ALEXANDRIA, VA 22301-1948
703-836-1455
MAXNRICH@COMCAST.NET

January 2, 2007

The Honorable Deborah A. Robinson
Magistrate Judge
US District Court for the District of Columbia
Washington, DC 20001

*In re Lester M. Crawford, DVM, PhD*

Dear Judge Robinson:

I write in support of Lester M. Crawford. When it comes to character—the content of which The Rev. Dr. Martin Luther King urged one to gage when judging individuals—Dr. Crawford excels.

While our time at Auburn University did not overlap (he graduated with a DVM degree from Auburn in the Spring and I commenced my pharmacy studies at Auburn in the Fall), nonetheless, while pursuing a copy of the Glomerata yearbook, I saw his photo and name on a page devoted to "Spades," an honorary organization "based on leadership, responsibility, and prominence at Auburn" that is "the highest honor that an Auburn man [now student] can receive." Our initial meeting occurred when I was elected to a position that Dr. Crawford had occupied (Interfraternity Council President) and honored as a member in Spades. Through this sharing, an exemplar became a friend.

Dr. Crawford and I both came to the Washington, DC, area in the 1970s. Through social gatherings (his work in the Department of Agriculture for the Carter Administration did not involve my work as general counsel for the nonprescription medicine trade association) our friendship during the years grew (we avoided interaction when his governmental duties and my professional responsibilities might be perceived by others as overlapping) and my admiration and respect continued.

During thirty years together in the DC area, I have always known Les to be a person whose character Dr. King probably would judge to be superb. After I retired from law practice in 2000, our friendship appropriately became more active. Indeed, during the time Dr. Crawford was at the U.S. Food and Drug Administration I teased him as he appeared to be a designated javelin catcher. Nonetheless, I strongly believed that his integrity would carry him through any storm.

My firm conviction is that during a period of unusual strain Dr. Crawford honestly overlooked a detail. I am convinced further that in a less bellicose inter-party cycle this omission would be handled with a slap on the wrist and and a capable admonition not to let governmental duties be exhaulted over personal accountability.

Lester Crawford remains both my friend and my ideal. I pray our paths always will cross.

Sincerely,

Max Norman Richburg

57 Winding Drive
Gettysburg, PA 17325-6943
January 10, 2007

Judge Deborah A. Robinson
U.S. District Court
Washington, DC

Reference: Lester Crawford

Your Honor:

I have known Lester Crawford for the past eight years. I worked closely with him while I was the Associate Pastor for Congregational Care of The National Presbyterian Church, Washington, DC. He was a deacon, then vice moderator and moderator (the presbyterian term for president). Also, he served in the marriage ministries of our church, and faithfully attended worship.

I found him to be positive, honest, caring, dependable, straight-talking, and without guile.

I had numerous conversations with people who have known him for a lengthy time, and all respected him highly. Their experience and mine were of a man of deep Christian commitment and admirable integrity.

Respectfully,

Harry G. Winsheimer
(retired July 1, 2006)

DEC 2 8 2006

December 27, 2006

**The Honorable Deborah A. Robinson**

**Dear Judge Robinson,**

I have known Lester Crawford for 24 years. Over that time my wife and I have been with him on numerous occasions at both of our homes and various social gatherings. We have also traveled and taken vacations with both Lester and his wife Cathy.

Through the years, we have found Lester to be a person of high integrity, strong principles and passionately committed to his profession. Lester is also a caring and generous person to both his family and friends.

Several years ago our daughter worked for Lester and found him to be an outstanding person, leader and mentor.

We are pleased to have Lester as a close friend and we admire him greatly. Needless to say, we stand by him and strongly attest to the high quality person that he is.

Sincerely,

**David H. Cameron**
**331 Club View Drive**
**Great Falls, VA 22066**

DEC   2006

DEC 2 7 2006

858 Canal Drive
McLean, VA 22102

December 24, 2006

Honorable Deborah A. Robinson
United States Magistrate Judge
Room 114
E. Barrett Pettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Robinson:

I am a retired senior officer of the US Navy and have also retired recently from a private firm with headquarters in Arlington, Virginia.  My wife Linda is president of an interior design firm that she established in Virginia twenty-two years ago.  We have known Lester Crawford and his family both personally and professionally for about twenty-five years.

During these twenty-five years we have found Lester to be a man dedicated to his profession, his country and his family.  From our viewpoint his character and integrity are second to none.  He is also committed passionately to his professional endeavors and takes great pride in his service to the nation.   We hold him in our highest regard and consider ourselves to be most fortunate to have the honor of knowing him.

Both of us would be pleased to discuss his character with you in person or to provide any additional written information concerning him at your convenience.

Very truly yours,

T. Michael Shortal

Linda M. Shortal

## ROBERT C. ANDRINGA
41955 N. BACK CREEK CT.
ANTHEM, AZ 85086

January 9, 2007

Hon. Deborah A. Robinson
US District Court
Washington, DC

Re:  Mr. Lester Crawford

Your honor, it is my privilege to write a letter in support of my personal friend, Dr. Lester Crawford.

My wife and I have known Lester (and his wife Cathy) for more than ten years.  During that time we had several social occasions, often with other couples, each year.

During that time I was president of a national association of private college presidents, so our professional careers were in different areas.

Having worked with hundreds of leaders, however, I can attest to Dr. Crawford's character and integrity.  In our gatherings, we would often discuss current events.  I found his comments never to be demeaning of others or self-serving.  I know him as a person who donates time and money to those in need.  He is a learner.  He is a teacher.  He cares about people.  He never indicated a desire or need to have political power.  He is devoted to his family as well as his work.  I never doubted his honesty in our relationship.  He is a man of faith and compassion.

I know he believes in the rule of law and respects our system of justice. May you find him to be the quality individual whom I am honored to call a friend.

Cordially,

R. Andringa