UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES  :
              :
     v.       :    Crim. Action No.:    06-mj-438
              :
LESTER M. CRAWFORD,  :
              :
     Defendant.  :

**FILED**

**JAN 1 6 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the defendant's Unopposed Motion to Extend Sentencing Date, it is this 16th day of January, 2007, hereby

**ORDERED** that the motion be granted. The new sentencing date and time is Tuesday, January 23, 2007 at 11:00 a.m.

Date: January 16, 2007

_____
DEBORAH A. ROBINSON
United States Magistrate Judge