HONORABLE DEBORAH A. ROBINSON, UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-438M</u> |
| vs. | : | SSN: _____ |
| CRAWFORD, Lester M. | : | Disclosure Date: <u>December 18, 2006</u> |

**FILED**
JAN 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                          _____
**Prosecuting Attorney**                                                                   **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Lester Crawford_  12/30/06         _BVonGelden_  12/30/06
**Defendant**         (APO)  **Date**                  **Defense Counsel**  (APO)  **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 01, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Acting Chief
       United States Probation Officer



Wiley Rein & Fielding LLP

1776 K STREET NW
WASHINGTON, DC 20006
PHONE   202.719.7000
FAX        202.719.7049

Virginia Office
7925 JONES BRANCH DRIVE
SUITE 6200
McLEAN, VA 22102
PHONE   703.905.2800
FAX        703.905.2820

www.wrf.com

December 30, 2006

Biz Van Gelder
202.719.7032
bvangelder@wrf.com

Michael Penders
United States Probation Officer
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re:   United States v. Crawford (Docket No. 06-mj-0438)

Dear Probation Officer Penders:

Thank you for sending us the initial Presentence Investigation Report (PSR) for Dr. Lester M. Crawford. We appreciate your diligence in completing the PSR given your busy schedule and the onset of the holiday season.

We have carefully reviewed the PSR, and find it to be accurate with the exception of the following four items:

P11: The first sentence describes six SF 278 reports, including three filed in 2005. We would ask that the second 2005 report be described as "a 2002 incumbent SF 278" to distinguish it from the nominee and termination SF 278s.

P46: The first sentence cites USSG §§ 3D1.1(a)(1) and 3D1.2(b) in discussing the grouping of the counts. As we have previously indicated to the government, we view the act on which both counts are predicated to be Dr. Crawford's failure to disclose certain stock holdings. Therefore, we would ask that the second citation be changed to § 3D1.2(a).

P75: The second sentence states that "The defendant left his position at the FDA in light of the incidents outlined in the Offense Conduct." This statement is incorrect. In announcing his retirement from the FDA in September 2005, Dr. Crawford said only that "it is time, at the age of 67, to step aside." He has never indicated that his retirement was linked to financial disclosure issues, and indeed the government's investigation of such issues did not begin until after his retirement. We therefore object to the inclusion of this sentence and would suggest either its deletion or its replacement with the sentence "The defendant formally retired from the FDA on September 30, 2005."

RECEIVED
2007 JAN -8
VAN GELDER

December 30, 2006
Page 2

Page 14: The list of Necessary Living Expenses lists estimated monthly medical and telephone expenses of $500 and $400, respectively. We believe that these figures were inadvertently overstated, and would ask that they be replaced with $50 and $200, pursuant to the last page of the Crawfords' Monthly Cash Flow Statement.

Thank you for your consideration of our comments.

Sincerely,

*BVanGelder (MD)*

Biz Van Gelder